IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1124-JLK**

**LINDA FORGACS, MONICA JONES**, **DANIEL LINK, GRACE MORENO, and PAM ROGGE,**

    Plaintiffs,

v.

**EYE CARE CENTER OF NORTHERN COLORADO; WILLIAM L. BENEDICT, M.D.; JOEL S. MEYERS, M.D.; MORRIS TILDEN, M.D.;IRENE OLIJYNK, M.D. and JAY R. HOLMS**,

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

Defendants' Motion to Strike Plaintiff's Incomplete Response (doc. #84), filed March 7, 2006, is denied.

Dated: April 6, 2006