IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1124-JLK**

**LINDA FORGACS, MONICA JONES**, **DANIEL LINK, GRACE MORENO, and PAM ROGGE,**

    Plaintiffs,

v.

**EYE CARE CENTER OF NORTHERN COLORADO; WILLIAM L. BENEDICT, M.D.; JOEL S. MEYERS, M.D.; MORRIS TILDEN, M.D.;IRENE OLIJYNK, M.D. and JAY R. HOLMS**,

    Defendants.

---

# ORDER

---

Kane, J.

    Upon review of Defendants' Doc. 103, and because it was docketed as a Motion, I APPROVE/GRANT the Stipulated Withdrawal of one portion of Defendants' Motion for Summary Judgment on Plaintiffs' remaining ERISA claims (Doc. 66). I commend the parties for their cooperation, through counsel, and commend Defendants, in particular, for their candor.

Dated May 8, 2006.                       **s/John L. Kane**
                                                     SENIOR U.S. DISTRICT JUDGE