IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1124-JLK**

**LINDA FORGACS, MONICA JONES, DANIEL LINK, GRACE MORENO, and PAM ROGGE,**

    Plaintiffs,

v.

**EYE CARE CENTER OF NORTHERN COLORADO; WILLIAM L. BENEDICT, M.D.; JOEL S. MEYERS, M.D.; MORRIS TILDEN, M.D.;IRENE OLIJYNK, M.D. and JAY R. HOLMS**,

    Defendants.

---

### ORDER

---

Kane, J.

In light of the series of settlement conferences conducted by Magistrate Judge Hegarty in this employment/employment benefits case and the Minute Entries indicating settlement was reached with each of the Plaintiffs except Ms. Forgacs, counsel are ORDERED to CONFER and to SUBMIT a Joint Status Report on or before August 1, 2006 setting forth the status of Ms. Forgacs' claims and the pretrial issues that remain. In particular I am interested in resolving the pending Motions for Summary Judgment as they apply to Ms. Forgacs and what, to my count, appears to be her two remaining claims (one for ERISA penalties related to Defendants' handling of her 401k account as well as a claim for defamation). I note that in my review of the initial and then supplemental briefing on Defendants' Motions, Plaintiffs (now Ms. Forgacs, alone) faced an uphill

battle on summary judgment to save their defamation claims from an adverse ruling.

Dated July 18, 2006.               **s/John L. Kane**
                                   SENIOR U.S. DISTRICT JUDGE