IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-K-1124**

**LINDA FORGACS, MONICA JONES, DANIEL LINK, GRACE MORENO, and PAM ROGGE,**

    Plaintiffs,

v.

**EYE CARE CENTER OF NORTHERN COLORADO; WILLIAM L. BENEDICT, M.D.; JOEL S. MEYERS, M.D.; MORRIS TILDEN, M.D. IRENE OLIJYNK, M.D. and JAY R. HOLMS**,

    Defendants.

---

**ORDER FOR DISMISSAL:  PLAINTIFFS JONES, LINK,
MORENO AND ROGGE ONLY**

---

**KANE, J.**

Having reviewed the parties' respective filings with respect to the settlement reached between Defendants and Plaintiffs Jones, Link, Moreno, Rogge and Plaintiffs' related Motion to Dismiss (Doc. 119), I GRANT the Motion and ORDER that the claims of Jones, Link, Moreno, and Rogge against Defendants are DISMISSED with prejudice. Except as otherwise agreed by Plaintiff Moreno and Defendants or as may be ordered by the Court on Defendants' Motion for Sanctions (Doc. 116), the parties are to bear their own fees and costs.

This case continues as to Linda Forgacs, who is the sole remaining Plaintiff.

DATED October 24, 2006.

                                                  **s/John L. Kane**
                                                SENIOR U.S. DISTRICT JUDGE