IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1124**

**LINDA FORGACS, MONICA JONES, DANIEL LINK, GRACE MORENO, and PAM ROGGE,**

    Plaintiffs,

v.

**EYE CARE CENTER OF NORTHERN COLORADO; WILLIAM L. BENEDICT, M.D.; JOEL S. MEYERS, M.D.; MORRIS TILDEN, M.D. IRENE OLIJYNK, M.D. and JAY R. HOLMS**,

    Defendants.

## ORDER

**KANE, J.**

Upon receipt of Plaintiff's Notice of Compliance with Order (doc. #141), and upon review of the record in this case, it is

ORDERED that this matter is CLOSED, and the case is TERMINATED on the court's docket. The court appreciates counsel's diligence and cooperation in bringing this matter to resolution.

DATED:   July 17, 2007

                BY THE COURT:

                *S/John L. Kane*
                JOHN L. KANE, SENIOR JUDGE
                UNITED STATES DISTRICT COURT