IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1124-JLK**

**LINDA FORGACS, MONICA JONES**, **DANIEL LINK, GRACE MORENO, and PAM ROGGE,**

    Plaintiffs,

v.

**EYE CARE CENTER OF NORTHERN COLORADO; WILLIAM L. BENEDICT, M.D.; JOEL S. MEYERS, M.D.; MORRIS TILDEN, M.D.;IRENE OLIJYNK, M.D. and JAY R. HOLMS**,

    Defendants.

## MINUTE ORDER

Judge John L. Kane **ORDERS**

    Plaintiff's Motion to Vacate Order and Reinstate Case to Court's Docket (doc. #143), is DENIED with leave to re-file after consulting with opposing counsel in compliance with D.C.COLO.LCivR 7.1A. Any re-filed motion should specifically state what claims Ms. Forgacs contends remain pending against which defendant.

Dated: July 26, 2007