IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **04-cv-1124-JLK**

**LINDA FORGACS, MONICA JONES**, **DANIEL LINK, GRACE MORENO, and PAM ROGGE,**

        Plaintiffs,

v.

**EYE CARE CENTER OF NORTHERN COLORADO; WILLIAM L. BENEDICT, M.D.; JOEL S. MEYERS, M.D.; MORRIS TILDEN, M.D.;IRENE OLIJYNK, M.D. and JAY R. HOLMS**,

        Defendants.

---

### MINUTE ORDER

---

Judge John L. Kane **ORDERS**

        Plaintiff's Motion to Vacate Order and Reinstate Case to Court's Docket (doc. #145), is GRANTED.  This matter is set for a Status Conference on **August 22, 2007 at 10:00 a.m.** in Courtroom A802, Alfred A. Arraj U.S. Courthouse, 901 19th Street.  The parties shall file a status report no later than August 16, 2007, specifying the exact claims that remain with citations to the operative complaint, as well as an indication of how the parties wish to proceed.

---

Dated:  July 27, 2007